IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>MATRIX SOLUTIONS, LLC,<br>NELSON UMANA, and<br>THE BROTHERS CAST STONE LLC,<br><br>       Defendants. | Case No.  23-2231-EFM-ADM |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff United States Liability Insurance Company dismisses this action with prejudice.

Dated this 18th day of September, 2023.

> UNITED STATES LIABILITY
> INSURANCE COMPANY, Plaintiff
>
> */s/ Scott D. Hofer*
> Scott D. Hofer, #15787
> Angela Probasco, #27085
> BAKER STERCHI COWDEN & RICE, LLC
> 1200 Main Street, Suite 2200
> Kansas City, MO 64105
> (816) 472-7474
> shofer@bakersterchi.com
> aprobasco@bakersterchi.com

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 18th day of September, 2023, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF/PACER system, which will send notice of electronic filing to counsel of record.  I further certify that a copy of the foregoing document was served via email upon the following:

 Fred Bryant
 The Bryant Law Firm
 1 Town Square
 North Kansas City, MO 64116
 fred@bryantlawkc.com
 **Attorney for Defendants Matrix Solutions, LLC and Nelson Umana**

                */s/ Scott D. Hofer*
                ***Attorney for Plaintiff***